IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GALP CNA LIMITED PARTNERSHIP, et al., | § | Case No. 10-38975, et seq. |
| | § | |
| Debtors. | § | (Chapter 11 – Jointly Administered) |
| | § | |

**DEBTORS' EMERGENCY MOTION FOR ORDER (I) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE**
[HEARING SET FOR OCTOBER 19, 2010 AT 2:30 P.M.]

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable United States Bankruptcy Judge:**

GALP CNA Limited Partnership ("CNA"), Wentwood Woodside I, L.P. ("Woodside"), Wentwood Roundhill I, L.P. ("Roundhill"), Wentwood Rollingbrook, L.P. ("Rollingbrook") and GALP Cypress Limited Partnership ("Cypress" and collectively with CNA, Woodside, Roundhill and Rollingbrook, the "Debtors") file this Emergency Motion for Order (i) Prohibiting Utility

Companies from Altering, Refusing or Discontinuing Services and (ii) Establishing Procedures for Determining Requests for Additional Adequate Assurance.

## Summary of Motion

1.  The Debtors seek an order (i) prohibiting companies that provided utility services to the Debtors pre-petition from altering, refusing and discontinuing services on account of prepetition invoices; and (ii) establishing the procedures set forth below for determining requests for additional adequate assurance pursuant to § 366 of the Bankruptcy Code.

## Emergency Consideration

2.  The Debtors request emergency consideration of the Motion. The 20-day period in which the Utilities are prohibited from terminating service expires on October 24, 2010. Given the termination of the initial stay granted under § 366 and the Debtors' need for continued utility services, the Debtors believe that expedited consideration is necessary.

## Jurisdiction and Venue

3.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Brief Background

4.  On October 4, 2010, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

5.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee, examiner, or creditors' committee has been appointed in the Debtors' cases. The Debtors are each single asset real estate business entities, as defined in 11 U.S.C. § 101(51B). Each Debtor owns the following

single asset real estate in Texas:

- GALP CNA Limited Partnership - Chapter 11 (10-38975);
    - Citation North Apartments (235 units);
    - 411 Highland Cross Drive, Houston, TX  77073;
    - NE quadrant of FM 1960 / I45;

- Wentwood Woodside I, L.P. - Chapter 11 (10-38981);
    - Woodside Village Apartments (196 units);
    - 2400 Hackett, Houston, TX 77008;
    - Immediately south of 610 East of TC Jester;

- Wentwood Roundhill I, L.P. - Chapter 11 (10-38984);
    - Roundhill Townhomes (131 units);
    - 601 Cypress Station Drive, Houston, TX 77090;
    - NW quadrant of FM 1960 and I45;

- Wentwood Rollingbrook, L.P. - Chapter 11 (10-38988);
    - Creekside Apartments (250 units);
    - 3120 Decker Drive (SR 330), Baytown, TX 77520;
    - East side of Decker, 2 miles south of I10;

- GALP Cypress Limited Partnership - Chapter 11 (10-38991);
    - Palms at Cypress Station Apartments (346 units);
    - 990 Cypress Station Drive, Houston, TX 77090;
    - NW quadrant of FM1960 and I45.

6.      The Debtors currently obtain services for, among other things, water, sewage, natural gas, electricity, telecommunications and similar utility services from different utility companies (the "Utilities"). A list of the names and addresses of the known Utilities that were providing services to the Debtors as of the petition date along with the average monthly usage is attached as **Exhibit 1**.[1]

## Relief Requested

7.      By this Motion, the Debtors seek an order (i) prohibiting the Utilities from altering, refusing and discontinuing services on account of prepetition invoices; and (ii) establishing

---

[1] Nothing herein shall be deemed an admission that any of the entities listed on **Exhibit 1** constitute "utilities" for purposes of § 366 of the Bankruptcy Code. To the extent some of the entities listed in **Exhibit 1** provide goods or services to the Debtors in a capacity other than that of a utility, with respect to any such goods or services, such entities are not entitled to adequate assurance under § 366 of the Bankruptcy Code.

procedures for determining requests for additional adequate assurance pursuant to § 366 of the Bankruptcy Code.

8. Specifically, the Debtors request approval of the following procedures:

<u>Proposed Adequate Assurance</u>

- The Debtors shall pay a post-petition security deposit of one-half of the average monthly bill (the "New Deposit") to any Utility that is not currently holding a prepetition security deposit.

- Any Utility that is currently holding a pre-petition security deposit shall retain such deposit (the "Existing Deposit") in lieu of receiving a New Deposit.

<u>Procedures for Requesting Additional Adequate Assurance</u>

- Any Utility that is not satisfied with the Debtors' proposed adequate assurance (in the form of either the New Deposit or Existing Deposit), must (i) file a motion with the Bankruptcy Court requesting additional adequate assurance clearly setting forth the basis for such request; and (ii) set such motion for hearing no earlier than 25 days after the filing of the motion.

- Absent further order of the Bankruptcy Court, pursuant to a motion seeking additional adequate assurance or otherwise, all Utilities are prohibited from interfering with, disturbing, or discontinuing services to the Debtors on account of this bankruptcy case and/or any unpaid invoice for prepetition services.

## **Basis for Relief Requested**

9. Section 366 of the Bankruptcy Code prohibits a utility company from discriminating against a debtor during the first 20 days of its bankruptcy case based upon (i) the debtor's commencement of a Chapter 11 case or (ii) a pre-petition payment default. However, upon expiration of such period, utility companies have the option to alter, refuse or discontinue services if the debtor does not furnish "adequate assurance of payment" of postpetition utility service obligations. In this case, the 20-day period will expire on or about October 24, 2010.

10. The proposed procedures described above protect both the Debtors and the Utilities. Specifically, the procedures ensure that each Utility is provided with adequate assurance in the form

of either a New Deposit or an Existing Deposit. At the same time, the Debtors are protected from any sudden cancellation of utility services without notice and an opportunity for a hearing before the Court.

11. The Debtors propose to mail a copy of the attached order to all Utilities within 10 days of its entry. Despite good-faith efforts by the Debtors to list every Utility from which the Debtors receive service, certain Utilities may not be listed on **Exhibit 1**. If the Debtors discover any additional Utilities after the filing of this Motion, the Debtors will amend **Exhibit 1** and serve a copy of the Motion and order on such Utilities. For any Utility identified after the filing of this Motion, the Debtors request that the prohibitions and procedures set forth herein be extended to such Utility until further order of the Bankruptcy Court.

12. Accordingly, the Debtors request that the Court enter an order (i) prohibiting Utilities from altering, refusing and discontinuing services on account of prepetition invoices; (ii) establishing the procedures described herein for determining requests for additional adequate assurance; and (iii) granting all such other and further relief as is just.

Dated: October 15, 2010

                                              Respectfully submitted,
                                              LAW OFFICES OF MATTHEW HOFFMAN, p.c.

By:     */s/ Matthew Hoffman*
       Matthew Hoffman
       TBN: 09779500
       S.D. Bar No.: 3454
       James C. Lee
       TBN: 24060153
       2777 Allen Parkway, Suite 1000
       Houston, Texas 77019
       713.654.9990 *Telephone*
       713.654.0038 *Facsimile*
       ATTORNEYS FOR THE DEBTORS

## CERTIFICATE OF SERVICE

       I hereby certify that on this 15th day of October, 2010 I sent a true and correct copy of the above and foregoing Debtors' Emergency Motion for Order (i) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services and (ii) Establishing Procedures for Determining Requests for Additional Adequate Assurance to the following parties by the following means:

Debtors (via email):
GALP CNA Limited Partnership
750 Market Street
Tacoma, WA 98402

Wentwood Woodside I. L.P.
750 Market Street
Tacoma, WA 98402

Wentwood Roundhill I. L.P.
750 Market Street
Tacoma, WA 98402

Wentwood Rollingbrook. L.P.
750 Market Street
Tacoma, WA 98402

GALP Cypress Limited Partnership
750 Market Street
Tacoma, WA 98402

The United States Trustee (via ECF):
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002

Creditors (by regular first class mail);
(281) 999-Rent, Inc.
PO Box 11794
Spring TX      77391

A.S.A.P. Apartment Specialist
16460 Kuykendahl    Suite 122
Houston       TX      77068

AT & T
PO Box 5001
Carol Stream   IL      60197-5001

Absolute Realty LTD
6420 Richmond Ave. #538
Houston      TX      77057

Acuity Electric, Inc.
7814 Fulton Street
Houston       TX      77022

Advanced Waste Solutions, L.P.
PO Box 19470
Houston       TX      77224-9470

Al's Landscaping
18103 Wild Oak Drive
Houston       TX      77090

Alarmtechs
P.O. Box 994
Katy   TX      77492

Albert M. Carpet Care dba
Adalberto Mendoza
6804 E. Hwy. 6 South #183
Houston       TX      77083

All Print Color
DOUGLAS C. PEREZ
1602 CHIPPENSDALE STREET
Houston       TX      77018

American Hydra Jetting Service
PO Box 2307
Alvin   TX      77512

American Mgmt Services LLC
2801 Alaskan Way, Suite 200
Seattle WA     98121

Ameristar Screen & Glass
PO Box 29309
DALLAS       TX      75229

Amrent, Inc.
875 Green Tree Road
8 Parkway Center
Pittsburgh    PA      15220

Apartment Gurus LLC
22 WAUGH; STE. 280
Houston     TX     77007

Apartment Home Living
P.O. Box 1266
San Antonio   TX     78295-1266

The Apartment Store & More Inc.
7 Switchbud Place #192-272
The Woodlands     TX     77380

Apartment Wiz
2400 Augusta Drive    Suite 410
Houston     TX     77057

Apartments.com
175 West Jackson Street     Suite 800
Chicago     IL     60604

Apple Termite & Pest Control Inc.
PO Box 701176
Houston     TX     77270

Appliance Warehouse of America, Inc.
LOCKBOX 847696
Dallas  TX     75284

Approved Apt. Locators
621 W. SHORE DRIVE
Kemah     TX     77565

B & B Office Supply Inc
622 W. TEXAS AVE.
BAYTOWN  TX     77520

The Baytown Sun
PO Box 90
Baytown     TX     77522

Blue Moon Software, Inc.
PO Box 684926
Austin TX     78768-4926

Boreal Properties LP
750 Market Street
Tacoma     WA     98402

Brilliant Promotional Products, Inc.
10161 Harwin, Suite #125
Houston     TX     77036

C.K.I. Wholesale Lock Supply Inc
PO Box 41043
Houston     TX     77241

CLMS Properties, LP
750 MARKET STREET
Tacoma     WA     98402

CNP Utility District
PO Box 3150
Houston     TX     77253-3150

Camp Roofing
15139 South Post Oak Road
Houston     TX     77053

Centerpoint Energy
PO Box 4981
Houston     TX     77210-4981

Centrum Financial Services Inc.
12505 Bel-Red Road, Suite 200
Bellevue     WA     98005

Century Air Conditioning Supply, Inc.
PO Box 201864
Houston     TX     77216-1864

Champion Citywide Locators & Realty,Inc.
16214 Emberwood
Houston     TX     77070

Choice One Realty
350 North Sam Houston Prkwy E., Ste 286
Houston     TX     77060

Citihomes & Apartment Locating
P.O Box 742324
Houston     TX     77274

City of Baytown
PO Box 203622
Houston     TX     77216

City Of Houston
Water Department
PO Box 1560
Houston     TX    77251

Classified Ventures LLC
2563 Collection Center Drive
Chicago    IL    60693

Clifton's Lawn Care
PO Box 2501
Baytown    TX    77522

Comcast
P.O. Box 660618
Dallas  TX    75266-0618

Comcast Cable
Attn: Steven Richardson
8590 West Tidwell
Houston    TX    77040

Community Controls
2500 South 3850-West     Suite A
Salt Lake City UT    84120

Constellation Newenergy, Inc.
2975 Regent Blvd.
Mac T5399-01X
Irving   TX    75063

Contello Plumbing Co., Inc.
PO Box 31417
HOUSTON    TX    77231-1417

Countywide Copier Service dba:
ROGER J. TUPA  DBA:
26212 WHISPERING PINES
Magnolia    TX    77355

Corporate Lodging Consultants, Inc.
8110 E. 32ND Street North
Witchita    KS    67226

Criterion Brock
4525 S Pinemont Dr # 170
Houston, TX 77041-9362

Criterion Brock
Lockbox #310141
P.O. Box 24952
Seattle WA    98124-0952

Echo Communications, Inc.
12703 Veterans Memorial Drive
Houston    TX    77014

Envirotrol Company,  Inc
806 North Beltline Road
Grand Prairie  TX    75050

Everyones Realtor
12436 West FM 1960, Suite 195
Houston    TX    77065

Express 38 Printing & Graphics, Inc
Baytown Kwik  Kopy, Inc.  dba:
P.O. Box 1201
Baytown    TX    77522-1201

Extra Effort Payphones, LP
9422 Hammerly Blvd
Houston    TX    77080

Fairway Capital LLC
679 Sierra Road Drive    Suite B
Reno   NV    89511

Fantastic Floors, Inc.
13210 Hempstead Highway   Suite 3A
Houston    TX    77040

FedEx Corp
PO Box 94515
Palatine    IL    60094-4515

Find My Apartment, LLC
22503 Katy  Freeway, Suite 3
Katy   TX    77450

Findit Apartment Locators
PO Box 742324
Houston    TX    77074

For Rent Media Solutions
75 REMITTANCE DRIVE; #1705
CHICAGO    IL 60675

Gall & Gall Company Inc
8555 N. Dixie Drive
Dayton     OH     45414

Garcias Carpet
12302 Fondren Road #8
Houston     TX     77035

Gexa Energy
P.O. Box 27799
Houston     TX     77227-7799

Graoch Associates #160 Limited Partnership
750 Market Street
Tacoma     WA     98402

Graoch Associates #170 Limited Partnership
750 Market Street
Tacoma     WA     98402

Graoch Associates #172 Limited Partnership
750 Market Street
Tacoma     WA     98402

Great American Business Products
PO Box 4422
Houston     TX     77210-4422

Green Mountain Energy
P.O. Box 650001
Dallas  TX     75265-0001

Greensheet
PO Box 2025
HOUSTON     TX     77252-2025

HD Supply Facilities Maintenance, LTD
PO Box 509058
San Diego     CA     92150-9058

HPES
20202 Highway 59 North     Suite 325
Humble     TX     77338-2403

Hagee's Bay Area Answering Service
PO Box 7216
Baytown     TX     77522

Harris County Tax Office

Leo Vasquez
1001 Preston/P.O. Box 4089
Houston     TX     77210

Houston Chronicle Publishing Co.
P.O. Box 80085
Prescott     AZ     86304-8085

Houston Multi Housing Corp
4810 Westway Park Blvd.
HOUSTON     TX     77041

Houston Pest
PO Box 841824
Houston     TX     77284

Houston Planned Energy Systems
20202 Hwy. 59 North, Suite 325
Humble     TX     77338

Houston's Apartment Hotline
7710- T Cherry Park  Drive, Unit #402
Houston     TX     77095

Hudson Energy
PO Box 731137
Dallas  TX     75373-1137

Hurricane Glass Inc
PO Box 61
Houston     TX     77587

I-45 Signs, Inc.
9811 N. Fwy  #A106
Houston     TX     77037

I.B.O. Real Estate Enterprises
JAMAL WIGGINS
827 CITATION DRIVE
Stafford     TX     77477

IN The Swim
Cortz, Inc.
PO Box 3148
Buffalo     NY     14240-3148

Industrial Chem Labs & Services, Inc.
55-G BROOK AVENUE
Deer Park     NY     11729

Jackson National Realty
PO Box 672143
Houston     TX     77267

Jorge I. Flores
411 Highland Cross, Suite 1905
Houston     TX     77073

Keytrak
PO Box 4346  DEPT. 663
Houston     TX     77210-4346

LTD Landscaping & Supplies, Inc.
32011 Wendt Park Trace
Fulshear     TX     77441

Laserman, LLC
990 Butler Avenue
Santa Rosa     CA     95407

MFF Partners Limited Partnership
750 Market Street
Tacoma     WA     98402

Message America
PO Box 682812
Houston     TX     77268

Metro Houston Apartment Guide
Consumer Source, Inc.
PO Box 402039
Atlanta     GA     30384-2039

Meyer Smith, Inc dba:
PO Box 8847
Houston     TX     77249-8847

Mid-American Specialties, Inc.
P.O. Box 38183
Germantown   TN     38183

Moveforfree.com
8535 Wurzbach Road Suite 101
San Antonio     TX     78240

Mueller Water Conditioning
PO Box 975118
Dallas  TX     75397-5118

Namco Manufacturing, Inc.
Dept. 528
P.O. Box 4346
Houston     TX     77210-4346

Nelson Saldana
601 CYPRESS STATION DRIVE #1602
Houston     TX     77090

NEXMove Realty & Mortgage
7100 Regency Sq., Ste. 182
Houston     TX     77036

North Park P.U.D.
PO Box 3035
Houston     TX     77253-3035

O.R.P. Construction, Inc.
30603 ALDINE WESTFIELD
Spring TX     77386

O'Connor & Associates
2200 North Loop West, Suite 200
Houston     TX     77018

Olivares Cleaning Services dba
MARIA EVA OLIVARES
29414 BROOK CHASE DRIVE
Spring TX     77386

On Guard Inc
6846 Theall RD, Ste 100
Houston     TX     77066-1114

Paige Aguero
3120 DECKER DRIVE
Baytown     TX     77520

Pathfinder Apartment Locators Of America
PO Box 75065
Houston     TX     77234

Presto Maintenance Supply
580 North Shepherd Drive
Houston     TX     77007

Promaxima Manufacturing, Ltd.
5310 Ashbrook Drive
Houston     TX     77081

Protection One Alarm Monitoring, Inc.
4321 W Sam Houston Pkwy #170
Houston      TX      77043

Reliant Energy
PO Box 650475
Dallas TX    75265-0475

Rent.com dba
VIVA GROUP, INC.
PAYMENT CENTER; DEPT. 1987
Los Angeles   CA    90084-1987

Service Concepts Unlimited, Inc.
6005 N. Shepherd, Suite B
Houston     TX      77091

Sherwin Williams
1411 Alexander Drive
Baytown     TX     77520-5395

Spring ISD - Tax Office
Marianne C. Smith Tax Collector
PO Box 90458
Houston     TX     77290-0458

Spring Locators
5510 Slashwood  Lane
Spring TX    77379

Steve Hamasaki
750 Market Street
Tacoma      WA     98402

TWD Business Systems, Inc.
PO Box 740009
Houston     TX     77274

TXU Energy
PO Box 660161
Dallas TX    75266-0161

Terminix International
TERMINIX PROCESSING CENTER
11777 W.SAM HOUSTON PKWY S. #B
Houston     TX     77031

Today Realty
12218 Jones Rd. #124
Houston     TX     77070

Ultra-Chem, Inc.
PO Box 3717
Shawnee Mission     KS    66203

United Laboratories, Inc.
PO Box 410
Saint Charles   IL    60174

United Parcel Service
P.O.  BOX 7247-0244
PHILADELPHIA     PA    19170-0001

UR Home Real Estate, LLC
15367 Southwest Freeway
Sugar Land    TX     77478

Venturi Technologies Inc
PO Box 172287
Denver     CO    80217-2287

WCA Waste Corporation
PO Box 553166
Detroit       MI    48255-3166

Waste Management
PO Box 660345
Dallas TX    75266-0345

WCA Waste Corporation
PO Box 553166
Detroit       MI    48255-3166

Webb Pest Control
PO Box 924226
Houston     TX     77292

Welcome Home America, Inc
PO Box 246
Holly Springs  GA    30142

Wilmar Industries Inc
PO Box 404284
Atlanta      GA    30384-4284

Parties in Interest (by regular first class mail):
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Securities and Exchange Commission
Rose L. Romero, Regional Director
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

Securities and Exchange Commission
Attn: Legal Department
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Securities and Exchange Commission
Attn: David M. Becker, General Counsel
100 F. St. NE
Washington, DC 20549-2000

                                                */s/ Matthew Hoffman*
                                                Matthew Hoffman